| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **PINNACLE GRINDING AND GROOVING LLC** | |
| --- | --- | --- | --- |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-2839344 | |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- | --- | --- |
| | | **275 HILL STREET SUITE 220 RENO, NV 89501** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Washoe** | **Location of principal assets, if different from principal place of business** |
| | | County | **2301 ELEANOR TINSLEY WAY HOUSTON, TX 77023** |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

2/01/24 1:05PM

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                              Case number *(if known)* _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2373__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

2/01/24 1:05PM

Debtor    **PINNACLE GRINDING AND GROOVING LLC**
_____Name_____    Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

2/01/24  1:05PM

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                    Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

2/01/24 1:05PM

Debtor  **PINNACLE GRINDING AND GROOVING LLC**
_____    Case number (*if known*)  _____
Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  1, 2024**
              _____
              MM / DD / YYYY

**X** **/s/ TRAVIS BRANDT**                            **TRAVIS BRANDT**
_____          _____
Signature of authorized representative of debtor      Printed name

Title    **MANAGER**
        _____

**18. Signature of attorney**

**X** **/s/ KEVIN A DARBY**                  Date  **February  1, 2024**
_____        _____
Signature of attorney for debtor                    MM / DD / YYYY

**KEVIN A DARBY 7670**
_____
Printed name

**DARBY LAW PRACTICE**
_____
Firm name

**499 W. PLUMB LANE, SUITE 202
Reno, NV 89509**
_____
Number, Street, City, State & ZIP Code

Contact phone    **775.322.1237**        Email address    **kevin@darbylawpractice.com**
                _____                        _____

**7670 NV**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **PINNACLE GRINDING AND GROOVING LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  1, 2024**          X **/s/ TRAVIS BRANDT**
                                                Signature of individual signing on behalf of debtor

                                                **TRAVIS BRANDT**
                                                Printed name

                                                **MANAGER**
                                                Position or relationship to debtor

2/01/24 1:05PM

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **PINNACLE GRINDING AND GROOVING LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABSL Construction 29393 Pacific Street Hayward, CA 94544-6018** | | **Trade Debt** | | | | **$34,430.00** |
| **Bank of America PO BOX 15796 Wilmington, DE 19886** | | **Business Credit Card** | | | | **$114,000.00** |
| **Capitol One PO BOX 60519 City of Industry, CA 91716-0519** | | **Business Credit Card** | | | | **$85,567.00** |
| **CHANNEL PARTNERS 10900 WAYZATA BLVD #300 MINNETONKA, MN 55305** | | **ALL ASSETS OF THE DEBTOR** | | **$50,356.00** | **$0.00** | **$50,356.00** |
| **CHANNELL PARTNERS 10900 WAYZATA BLVD #300 Minnetonka, MN 55305** | | **Miscellaneous Striping Euqipment and Melter Truck** | | **$65,000.00** | **$0.00** | **$65,000.00** |
| **Elite Asphalt LLC 5080 Ben Day Murrin Road Fort Worth, TX 76126** | | **Trade Debt** | | | | **$75,283.25** |
| **Ennis-Flint Inc. PO Box 603518 Charlotte, NC 28260-3518** | | **Trade Debt** | | | | **$36,946.11** |
| **Epoplex P.O. Box 931947 Cleveland, OH 44193** | | **Trade Debt** | | | | **$317,472.36** |

Debtor **PINNACLE GRINDING AND GROOVING LLC**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FIRST CITIZENS BANK 239 FAYETTEVILE STREET RALEIGH, NC 27601** | | **2013 MACK LONG LINE THERMO** | | **$200,000.00** | **$150,000.00** | **$50,000.00** |
| **Gerken Rent-All-Paola 31600 Old Kc Rd Paola, KS 66071** | | **Trade Debt** | | | | **$59,507.87** |
| **Herc Rentals 27500 Riverview Center Blvd Suite 100 Bonita Springs, FL 34134** | | **Trade Debt** | | | | **$35,538.30** |
| **Husqvarna Construction Products 17400 W 119th Street Olathe, KS 66061** | | **Trade Debt** | | | | **$59,570.41** |
| **Ozark Materials LLC 591 Glendale Avenue Greenville, AL 36037** | | **Trade Debt** | | | | **$458,262.90** |
| **PAWNEE LEASING CORPORATION 3801 AUTOMATION WAY SUITE 207 FORT COLLINS, CO 80525** | | **1997 GMC; 2006 INTERNATIONAL; AND 2009 PETERBUILDT** | | **$275,000.00** | **$100,000.00** | **$175,000.00** |
| **Professional Traffic Control LLC 222 W Little York Street Houston, TX 77076** | | **Trade Debt** | | | | **$45,875.92** |
| **Swarco Industries LLC PO Box 89 Columbia, TN 38402** | | **Trade Debt** | | | | **$35,638.67** |
| **Traffic Signs and Lines 914 Broadway Ave Pasadena, TX 77506** | | **Trade Debt** | | | | **$37,995.75** |
| **U.S. SMALL BUSINSS ADMINISTRATION 409 3RD STREET SW WASHINGTON, DC 20416** | | **SUBSTANTIALLY ALL ASSETS OF DEBTOR** | | **$1,100,000.00** | **$1,000,000.00** | **$100,000.00** |

Debtor   **PINNACLE GRINDING AND GROOVING LLC**          Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **United Rentals P. O. Box 051122 Los Angeles, CA 90074-1122** | | **Trade Debt** | | | | **$248,883.66** |
| **VCS Holdings LLC PO BOX 70829 Houston, TX 77270** | | **PAST DUE RENT FOR 2301 ELENOR TINSLEY WAY, HOUSTON, TEXAS 77023** | | | | **$48,300.00** |

2/01/24  1:05PM

**Fill in this information to identify the case:**

Debtor name    **PINNACLE GRINDING AND GROOVING LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................... $ **2,866,132.80**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................ $ **2,866,132.80**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **1,916,596.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **2,020,164.00**

4.  Total liabilities ................................................................................................
    Lines 2 + 3a + 3b                                                                          $ **3,936,760.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **PINNACLE GRINDING AND GROOVING LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property             12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | FIRST INDEPENDENT BANK | CHECKING | 2192 | $253,656.00 |
| 3.2. | BANK OF AMERICA | CHECKING | 2780 | $0.00 |
| 3.3. | BANK OF AMERICA | CHECKING | 2246 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $253,656.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                     Case number *(If known)* _____
          Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:      **150,832.10**        -        **125,678.00**     = ....         **$25,154.10**
                                    face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:      **2,595,221.70**        -      **1,000,000.00**     =....       **$1,595,221.70**
                                    face amount                        doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                             **$1,620,375.80**
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**    **Raw materials** | | | | |
| **20.**    **Work in progress** | | | | |
| **21.**    **Finished goods, including goods held for resale** | | | | |
| **22.**    **Other inventory or supplies** **FENCING FOR USE ON PROJECTS** | | **$0.00** | | **$1,000.00** |

**23.**    **Total of Part 5.**                                                             **$1,000.00**
          Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
          ■ No
          ☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
          ■ No
          ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor  **PINNACLE GRINDING AND GROOVING LLC**
_____
Name

Case number *(If known)* _____

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**3 DESKS, 5 FILING CABINETS, MISC. OFFICE FURNITURE, IKEA DESK AND FILE CABINET, MISC. IKEA FURNITURE** | **$0.00** | | **$2,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**4 COMPUTERS, PRINTER/COPIER, TELEVISION, ACCOUNTING SOFTWARE, NETWORK SHARING SOFTWARE** | **$0.00** | | **$2,500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$4,500.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2012 FREIGHTLINER CASCADIA** | **$0.00** | | **$2,500.00** |

2/01/24  1:05PM

Debtor      **PINNACLE GRINDING AND GROOVING LLC**                    Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| 47.2. | **1992 FREYHAUF PRUE BULK TANKER T-100** | $0.00 | $5,000.00 |
| 47.3. | **1996  PRUE BULK TANKER T-101 (TOTALED)** | $0.00 | $0.00 |
| 47.4. | **1966 T-63 HYSTER LOW BOY TRUCK** | $0.00 | $1,000.00 |
| 47.5. | **1963 HYSTYER FLAT BED TRAILER** | $0.00 | $500.00 |
| 47.6. | **2014 GMC SIERRA TRUCK** | $0.00 | $15,000.00 |
| 47.7. | **2001 FORD F550 MECHANIC TRUCK** | $0.00 | $2,500.00 |
| 47.8. | **2012 FREIGHTLINER CASCADIA 125 - VIN 1013** | $0.00 | $15,000.00 |
| 47.9. | **2006 TRAILEZE TRAILER** | $0.00 | $8,000.00 |
| 47.10. | **2000 NATIONAL CARRIER TRAILER** | $0.00 | $8,000.00 |
| 47.11. | **2006 CHEVY SILVERADO** | $0.00 | $2,000.00 |
| 47.12. | **2000 ISUZU NPR SWEEPER TRUCK (INOPERABLE)** | $0.00 | $0.00 |
| 47.13. | **1983 PROFLEET TRAILER** | $0.00 | $1,000.00 |
| 47.14. | **1994 HOLDEN FLAT BED TRAILER** | $0.00 | $2,500.00 |
| 47.15. | **1983 PERFECTION TRAILER** | $0.00 | $500.00 |
| 47.16. | **2007 CHEVY SILVERADO** | $0.00 | $1,500.00 |
| 47.17. | **1984 FREIGHTLINDER WATER TANKER** | $0.00 | $500.00 |
| 47.18. | **2005 CHEVY SILVERADO (INOPERABLE)** | $0.00 | $100.00 |
| 47.19. | **1963 MYSTER TRAILER** | $0.00 | $4,000.00 |

2/01/24  1:05PM

| Debtor | **PINNACLE GRINDING AND GROOVING LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.20. | **1978 TRIM RECYCLER TANKER - NOT IN USE** | $0.00 | $500.00 |
| 47.21. | **BUMB GRINDER TRUCK** | $0.00 | $5,000.00 |
| 47.22. | **1997 GMC W4 PAINT TRUCK** | $0.00 | $25,000.00 |
| 47.23. | **2006 INTERNATIONAL 4300 MELTER TRUCK** | $0.00 | $30,000.00 |
| 47.24. | **2009 PETERBUILT 320 SEMI** | $0.00 | $45,000.00 |
| 47.25. | **2013 MACK LONG LINE THERMO** | $0.00 | $150,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **BOBCAT** | $0.00 | $2,500.00 |
| **BRIDGE DECK GROOVER** | $0.00 | $2,000.00 |
| **SKID TESTER TRUCK** | $0.00 | $10,000.00 |
| **PC 5000 GRINDER** | $0.00 | $100,000.00 |
| **2019 HOG TECHNOLOGIES RUMBLER** | $0.00 | $400,000.00 |
| **BGP PROFILE GRINDER** | $0.00 | $15,000.00 |
| **PG5 PROFILE GRINDER** | $0.00 | $15,000.00 |
| **PG10 BUMP GRINDER** | $0.00 | $10,000.00 |
| **PG7 PROFILE GRINDER** | $0.00 | $7,000.00 |
| **2009 JAMACO RS20B RUMBLE STRIP MACHINE** | $0.00 | $50,000.00 |
| **840 & 841 TRACTORS** | $0.00 | $50,000.00 |

Debtor    **PINNACLE GRINDING AND GROOVING LLC**
_____    Case number *(If known)* _____
Name

| | |
|---|---|
| 51. | **Total of Part 8.** |
| | Add lines 47 through 50.  Copy the total to line 87. |

$986,600.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** PINNACLEGRINDING.COM | $0.00 | | $1.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| | |
|---|---|
| 66. | **Total of Part 10.** |
| | Add lines 60 through 65. Copy the total to line 89. |

$1.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                          Case number *(If known)* _____
          Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **PINNACLE GRINDING AND GROOVING LLC**
          Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $253,656.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,620,375.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $986,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,866,132.80 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,866,132.80 |

---

2/01/24 1:05PM

**Fill in this information to identify the case:**

Debtor name     **PINNACLE GRINDING AND GROOVING LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   CHANNEL PARTNERS**
Creditor's Name

**10900 WAYZATA BLVD #300**
**MINNETONKA, MN 55305**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/2022**
Last 4 digits of account number
**1692**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**ALL ASSETS OF THE DEBTOR**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$50,356.00**     Value of collateral: **$0.00**

---

**2.2   CHANNELL PARTNERS**
Creditor's Name

**10900 WAYZATA BLVD #300**
**Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/2022**
Last 4 digits of account number
**32BW**

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**Miscellaneous Striping Euqipment and Melter Truck**

**Describe the lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$65,000.00**     Value of collateral: **$0.00**

2/01/24 1:05PM

Debtor    **PINNACLE GRINDING AND GROOVING LLC**
_____
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $200,000.00 | $150,000.00 |
| | Creditor's Name | **2013 MACK LONG LINE THERMO** | | |

**239 FAYETTEVILE STREET
RALEIGH, NC 27601**
_____
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred
10/2022
Last 4 digits of account number
4303
Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **GREAT AMERICA FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | $175,000.00 | $400,000.00 |
| | Creditor's Name | **2019 HOG TECHNOLOGIES RUMBLER** | | |

**PO BOX 660831
DALLAS, TX 75266-0831**
_____
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred
03/2021
Last 4 digits of account number
7044
Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **HERITAGE BANK OF NEVADA** | Describe debtor's property that is subject to a lien | $32,000.00 | $1,000,000.00 |
| | Creditor's Name | **SUBSTANTIALLY ALL ASSETS OF DEBTOR** | | |

**PO BOX 11920
RENO, NV 89510**
_____
Creditor's mailing address

Describe the lien
**Purchase Money Security**

---

2/01/24 1:05PM

Debtor **PINNACLE GRINDING AND GROOVING LLC**  
　　　Name

Case number (if known) _____

---

Creditor's email address, if known _____

**Date debt was incurred**
**10/2015**
**Last 4 digits of account number**
**8804**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** | **PAWNEE LEASING CORPORATION**
Creditor's Name
**3801 AUTOMATION WAY SUITE 207**
**FORT COLLINS, CO 80525**
Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**
**6/2022**
**Last 4 digits of account number**
**8343**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1997 GMC; 2006 INTERNATIONAL; AND 2009 PETERBUILDT**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$275,000.00 | $100,000.00

---

**2.7** | **U.S. SMALL BUSINSS ADMINISTRATION**
Creditor's Name
**409 3RD STREET SW**
**WASHINGTON, DC 20416**
Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**
**11/2021**
**Last 4 digits of account number**
**0209**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**SUBSTANTIALLY ALL ASSETS OF DEBTOR**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$1,100,000.00 | $1,000,000.00

---

Debtor  **PINNACLE GRINDING AND GROOVING LLC**          Case number *(if known)* _____
_____
Name

■ No
☐ Yes. Specify each creditor,     ☐ Contingent
including this creditor and its    ☐ Unliquidated
relative priority.                 ☐ Disputed

---

| 2.8 | **US BANK EQUIPMENT FINANCE** | | $19,240.00 | $50,000.00 |

Creditor's Name

**PO BOX 790448
SAINT LOUIS, MO
63179-0448**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2009 JAMACO RS20B RUMBLE STRIP MACHINE**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1865**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$1,916,596.00** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **PINNACLE GRINDING AND GROOVING LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ABSL Construction**<br>**29393 Pacific Street**<br>**Hayward, CA 94544-6018**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,430.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**ARC Management , LLC**<br><br>**P.O. Box 40908**<br>**Houston, TX 77240**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**PO BOX 15796**<br>**Wilmington, DE 19886**<br><br>**Date(s) debt was incurred**  **THROUGH 5/2023**<br>**Last 4 digits of account number**  **0268** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Business Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$114,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**PO BOX 15796**<br>**Wilmington, DE 19886**<br><br>**Date(s) debt was incurred**  **THROUGH 4/2023**<br>**Last 4 digits of account number**  **3483** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Business Credit Line**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,000.00** |

2/01/24  1:05PM

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                    Case number *(if known)* _____
                Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.80 |
|---|---|---|---|

**bayareafastrak.org**
**P.O. BOX 26879**
**San Francisco, CA 94126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,867.78 |
|---|---|---|---|

**Bettis Asphalt & Construction**
**P.O. Box 1694**
**Topeka, KS 66601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.16 |
|---|---|---|---|

**Blueridge Transportation Group**
**6538 South Fwy**
**Houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.49 |
|---|---|---|---|

**BTG-Violations**
**PO BOX 4440 Dept 9**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,268.99 |
|---|---|---|---|

**Buyers Barricades**
**7409 Baker Blvd**
**Fort Worth, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,567.00 |
|---|---|---|---|

**Capitol One**
**PO BOX 60519**
**City of Industry, CA 91716-0519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **THROUGH 8/2022**

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  **4497**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,192.06 |
|---|---|---|---|

**Centerline Supply**
**1301 E Hadley St**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                      Case number *(if known)* _____

Name

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,081.47** |
|---|---|---|---|

**CLC**
**P. O. Box 534722**
**Atlanta, GA 30353-4722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,288.51** |
|---|---|---|---|

**Comcast**
**PO Box 60533**
**City of Industry, CA 91716-0533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,318.18** |
|---|---|---|---|

**Cowin Equipment Company, Inc**
**5710 Riverview Road**
**Mableton, GA 30126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.19** |
|---|---|---|---|

**DLL Financial Solutions**
**8001 Birchwood Court**
**PO. Box 2000**
**Johnston, IA 50131-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**Drug & Alcohol Testing**
**2470 Wrondel Way**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,283.25** |
|---|---|---|---|

**Elite Asphalt LLC**
**5080 Ben Day Murrin Road**
**Fort Worth, TX 76126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,946.11** |
|---|---|---|---|

**Ennis-Flint Inc.**
**PO Box 603518**
**Charlotte, NC 28260-3518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

2/01/24  1:05PM

Debtor  **PINNACLE GRINDING AND GROOVING LLC**
_____ Name                                             Case number (if known) _____

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317,472.36 |
|---|---|---|---|

**Epoplex**
**P.O. Box 931947**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**First Citizens Bank**
**239 FAYETTEVILE STREET**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  7/2020**

Basis for the claim:  **Working Capital Loan**

**Last 4 digits of account number  2006**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,154.10 |
|---|---|---|---|

**Flyers Energy**
**2360 Lindbergh Street**
**Auburn, CA 95602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,805.36 |
|---|---|---|---|

**FLYERS ENERGY, LLC**
**2360 LINDBERGH STREET**
**AUBURN, CA 95602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  THROUGH 11/2023**

Basis for the claim:  **FUEL**

**Last 4 digits of account number  2541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,507.87 |
|---|---|---|---|

**Gerken Rent-All-Paola**
**31600 Old Kc Rd**
**Paola, KS 66071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Great America Financial Svcs**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Great America Financial Svcs  Dallas, TX 75266-0831**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.38 |
|---|---|---|---|

**Harris County Toll Road Authority**
** HCTRA - Violations**
**1883 Harris County Toll Road Authority**
**PO Box 4440 Dept 8**
**Houston, TX 77210-4440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                      Case number (if known) _____
          Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,703.02** |
|---|---|---|---|

**HCC Surety Group**
**PO Box 4312**
**Woodland Hills, CA 91365-4312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13.47** |
|---|---|---|---|

**HCTRA-Violations**
**P.O. Box 4440 Dept 8**
**Houston, TX 77210-4440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,538.30** |
|---|---|---|---|

**Herc Rentals**
**27500 Riverview Center Blvd Suite 100**
**Bonita Springs, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,162.75** |
|---|---|---|---|

**HOG Technologies**
**3920 SE Commerce Ave**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,330.00** |
|---|---|---|---|

**HTBC Equipment LLC**
**5430 Killough Street**
**Houston, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,570.41** |
|---|---|---|---|

**Husqvarna Construction Products**
**17400 W 119th Street**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$470.40** |
|---|---|---|---|

**Illinois Tollway**
**P.O. Box 5544**
**Chicago, IL 60680-5544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **PINNACLE GRINDING AND GROOVING LLC**                   Case number *(if known)* _____

Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**International Grooving & Grinding Ass.**
**Pattison, Kowkey, How & Bucci**
**45 Five Mile Woods Road, Suite 1**
**Catskill, NY 12414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,600.00 |
|---|---|---|---|

**Jamie Gunderson**
** P. O. Box 802746**
**Las Vegas, NV 89140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.75 |
|---|---|---|---|

**Kansas Turnpike Authority**
**P. O. Box 802746**
**Kansas City, MO 64180-2746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,765.00 |
|---|---|---|---|

**Lancaster Safety**
**100 Bradford Rd. Suite 100**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,862.47 |
|---|---|---|---|

**Limitless Parts Company Inc.**
**1402 W. Main Street**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,050.54 |
|---|---|---|---|

**LROD Enterprises**
**12830 Limestone Way**
**San Antonio, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,755.06 |
|---|---|---|---|

**Mark Rite Lines Equipment Co**
**5379 Southgate Dr**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

2/01/24  1:05PM

Debtor    **PINNACLE GRINDING AND GROOVING LLC**
Name

Case number (if known) _____

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,252.34 |

**Martin Asphalt Company**
 P.O. Box 95367
**Grapevine, TX 76099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |

**Maupin, Cox & Legoy**
**PO BOX 30000**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $944.58 |

**MFA Oil**
**1 Ray Young Dr**
**Columbia, MO 65201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.70 |

**North Texas Tollway Authority**
 P. O. Box 660244
**Dallas, TX 75266-0244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,169.88 |

**Northwest Drive Train Service**
**11432 FM 529**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |

**NV SOS Portal**
**101 North Carson Street, Suite 3**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Secretary of State fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ohio Casualty Insurance Company**
**c.o Kurt Faux, Esq.**
**2625 N. Green Valley Pkwy, Suite 100**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **PINNACLE GRINDING AND GROOVING LLC**                          Case number (if known) _____
         Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,030.00 |
|------|---|---|---|

**Oklahoma Turnpike Authority**
**3500 Martin Luther King Blvd.**
**Oklahoma City, OK 73111-4295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|------|---|---|---|

**Old Republic Surety Group**
**PO Box 88120**
**Milwaukee, WI 53288-8120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.30 |
|------|---|---|---|

**OTA-PlatePay**
**P.O. Box 11255**
**Oklahoma City, OK 73136-0255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458,262.90 |
|------|---|---|---|

**Ozark Materials LLC**
**591 Glendale Avenue**
**Greenville, AL 36037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.27 |
|------|---|---|---|

**Penske Truck Leasing**
**P. O. Box 802577**
**Chicago, IL 60680-2577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,875.92 |
|------|---|---|---|

**Professional Traffic Control LLC**
**222 W Little York Street**
**Houston, TX 77076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,744.70 |
|------|---|---|---|

**R & R Fleet Services**
**9421 FM 2920 #9A**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **PINNACLE GRINDING AND GROOVING LLC**                    Case number *(if known)* _____
_____
Name

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,259.87** |
|---|---|---|---|

**R & R Gas and Equipment**
**2402 Broad Street**
**Houston, TX 77087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,666.30** |
|---|---|---|---|

**R.B Everett & Company**
**8211 Red Bluff Road**
**Pasadena, TX 77507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,832.39** |
|---|---|---|---|

**Riggs Cat**
**PO Box 84475**
**Dallas, TX 75284-4753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$296.00** |
|---|---|---|---|

**Shred It Reno**
**28883 Network Place**
**Chicago, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,338.47** |
|---|---|---|---|

**Sierra Office Solutions**
**P.O. Box 843760**
**Los Angeles, CA 90084-3760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,120.00** |
|---|---|---|---|

**Silver Creek Materials**
**PO Box 150665**
**Fort Worth, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Sinnett Consulting Servies, Inc.**
**10580 N. McCarran Blvd. Suite 115-212**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

2/01/24  1:05PM

| Debtor | **PINNACLE GRINDING AND GROOVING LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,142.72** |
|---|---|---|---|

**Smith Surface Preparation Systems**
**2504 NW 19TH Street, Bldg. 0**
**Pompano Beach, FL 33069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,251.57** |
|---|---|---|---|

**Southern Tire Mart**
**Dept. 143**
**PO Box 1000**
**Memphis, TN 38148-0143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,364.39** |
|---|---|---|---|

**Specialty Rental Services**
**P. O. Box 72423**
**Overland Park, KS 66203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,377.15** |
|---|---|---|---|

**Sun Coast Resources, Inc.**
**6405 Cavalcade Bldg 1**
**Dallas, TX 75373-5606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,985.00** |
|---|---|---|---|

**Sunstate Equipment Co.**
**PO Box 208439**
**Dallas, TX 75320-8439**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,638.67** |
|---|---|---|---|

**Swarco Industries LLC**
**PO Box 89**
**Columbia, TN 38402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,097.31** |
|---|---|---|---|

**Texas Belting**
**P.O. Box 670951**
**Houston, TX 77261**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

2/01/24  1:05PM

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                    Case number (if known) _____
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,246.86 |
|---|---|---|---|

**Texas First Rentals LLC**
**P. O. Box 650869**
**Dallas, TX 75265-0869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,775.00 |
|---|---|---|---|

**Texas Site Services**
**626 Topper Parkway**
**San Antonio, TX 78233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,213.75 |
|---|---|---|---|

**The Epstein Law Firm LLC**
**4630 W. 137th Street, Suite 103**
**Overland Park, KS 66224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,489.89 |
|---|---|---|---|

**The Standard Fire Insurance Company**
**c/o Daniel S. Bell, Esq.**
**7465 W. 132nd Street, Suite 100**
**Overland Park, KS 66213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance Indemnity Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.68 |
|---|---|---|---|

**Tires 1st of Miller Road**
**5454 Miller Road**
**Columbus, GA 31909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,995.75 |
|---|---|---|---|

**Traffic Signs and Lines**
**914 Broadway Ave**
**Pasadena, TX 77506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.75 |
|---|---|---|---|

**TxTag**
**P.O. Box 650749**
**Dallas, TX 75265-0749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                Case number (if known) _____

Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248,883.66 |
|---|---|---|---|

**United Rentals**
P. O. Box 051122
Los Angeles, CA 90074-1122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,300.00 |
|---|---|---|---|

**VCS Holdings LLC**
PO BOX 70829
Houston, TX 77270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  PAST DUE RENT FOR 2301 ELENOR TINSLEY WAY, HOUSTON, TEXAS 77023

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.00 |
|---|---|---|---|

**Whitley & Siddons**
11612 Bee Caves Road #1-230
Austin, TX 78738-5409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ernest G. Fielder, Esq.**<br>**2777 Allen Parkway**<br>**Suite 1000#3100**<br>**Houston, TX 77019** | Line  3.55<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Ernest G. Fielder, Esq.**<br>**2777 Allen Parkway**<br>**Suite 1000#3100**<br>**Houston, TX 77019** | Line  3.62<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **GARY FULLER, ESQ.**<br>**GUILD, GALLAGHER & FULLER LTD**<br>**100 WEST LIBERT**<br>**SUITE 800**<br>**Reno, NV 89501** | Line  3.22<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **John A. Watt, Esq.**<br>**2400 Pershing Road, Suite 500**<br>**Kansas City, MO 64108** | Line  3.19<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Mark A. Kirkowsy, Esq.**<br>**1119 W. Southern Ave.**<br>**Suite 200**<br>**Mesa, AZ 85210** | Line  3.75<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **PINNACLE GRINDING AND GROOVING LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **Mark J. Connot, Esq.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Drive, Suite 700**<br>**Las Vegas, NV 89135** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **PETER DUBOWSKY, ESQ.**<br>**300 S. FOURTH STREET, SUITE 1020**<br>**Las Vegas, NV 89101** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Peter Dubowsky, Esq.**<br>**300 South Fourth Street, Suite 1020**<br>**Las Vegas, NV 89101** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Randall D. Armentrout**<br>**Nyemaster Goode, P.C.**<br>**700 Walnut Street, Suite 1600**<br>**Des Moines, IA 50309** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Sanford L. Dow, Esq.**<br>**2700 Post Oak Blvd.**<br>**Suite 1750**<br>**Houston, TX 77056** | Line **3.76**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **SERGIO I. SCUTERI, ESQ.**<br>**CAPEHART SCATHARD**<br>**8000 MIDLANTIC DRIVE, SUITE 300S**<br>**P.O. BOX 5016**<br>**Mount Laurel, NJ 08054-5016** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,020,164.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,020,164.00 |

2/01/24 1:05PM

---

**Fill in this information to identify the case:**

Debtor name    **PINNACLE GRINDING AND GROOVING LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
     amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF OFFICE SPACE AT 275 HILL STREET, SUITE 220, RENO, NV 89501** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **SFG CAPITAL LLC** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF EMPTY LOT AT 0 ELANOR TINSLEY WAY, HOUSTON, TEXAS 77023 THROUGH 8/1/2027** | |
| | State the term remaining | | **UKG HOLDINGS LLC 3310 KATY FREEWAY SUITE 100 HOUSTON, TX 77007** |
| | List the contract number of any government contract | _____ | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF SHOP SPACE AT 2301 ELANOR TINSLEY WAY, HOUSTON, TEXAS, 77023 THROUGH 6/30/2027** | |
| | State the term remaining | | **VCS HOLDINGS LLC PO BOX 70829 HOUSTON, TX 77270** |
| | List the contract number of any government contract | _____ | |

2/01/24 1:05PM

| Fill in this information to identify the case: |
|---|

Debtor name    **PINNACLE GRINDING AND GROOVING LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **CHRISTINA BRANDT** | **13375 ROCK CROSSING DRIVE RENO, NV 89511** | **CHANNELL PARTNERS** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **CHRISTINA BRANDT** | **13375 ROCK CROSSING DRIVE RENO, NV 89511** | **U.S. SMALL BUSINSS ADMINISTRATION** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **CHRISTINA BRANDT** | **13375 ROCK CROSSING DRIVE RENO, NV 89511** | **HERITAGE BANK OF NEVADA** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **CHRISTINA BRANDT** | **13375 ROCK CROSSING DRIVE RENO, NV 89511** | **FLYERS ENERGY, LLC** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.5 | **CHRISTINA BRANDT** | **13375 ROCK CROSSING DRIVE RENO, NV 89511** | **Ohio Casualty Insurance Company** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |

Debtor    **PINNACLE GRINDING AND GROOVING LLC**    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.6 | **TRAVIS BRANDT** | **275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501** | **CHANNELL PARTNERS** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **TRAVIS BRANDT** | **275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501** | **U.S. SMALL BUSINSS ADMINISTRATION** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **TRAVIS BRANDT** | **275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501** | **HERITAGE BANK OF NEVADA** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **TRAVIS BRANDT** | **275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501** | **FLYERS ENERGY, LLC** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.10 | **TRAVIS BRANDT** | **275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501** | **Ohio Casualty Insurance Company** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **PINNACLE GRINDING AND GROOVING LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>☐ Other _____ | **$319,020.00** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>☐ Other _____ | **$3,815,618.00** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>☐ Other _____ | **$3,143,892.93** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | **INSURANCE PROCEEDS** | **$10,117.00** |
   | **For the fiscal year:**<br>From  **1/01/2021** to **12/31/2021** | **EQUIPMENT SALES** | **$271,528.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    __PINNACLE GRINDING AND GROOVING LLC_____    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **HUB INTERNATIONAL INSURANCE**<br>**150 N. RIVERSIDE PLAZA**<br>**17TH FLOOR**<br>**CHICAGO, IL 60606** | **10/20/23 AND**<br>**11/16/23** | **$61,480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INSURANCE PREMIUMS** |
| 3.2. **FIRST INSURANCE FUNDING**<br>**1300 QUAIL STREET, SUITE 205**<br>**NEWPORT BEACH, CA 92660** | **9/21/23 AND**<br>**10/30/23** | **$71,479.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INSURANCE PREMIUM FINANCING** |
| 3.3. **HOG Technologies**<br>**3920 SE Commerce Ave**<br>**Stuart, FL 34997** | | **$29,434.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Swarco Industries LLC**<br>**PO Box 89**<br>**Columbia, TN 38402** | | **$123,884.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Surety One** | | **$70,121.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **TRAVIS BRANDT**<br>**275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501**<br>**MANAGING MEMBER** | **WITHIN 1**<br>**YEAR**<br>**BEFORE**<br>**FILING** | **$76,730.85** | **SALARY** |

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                              Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **TRAVIS BRANDT**<br>**275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501**<br>**MANAGING MEMBER** | **WITHIN 1 YEAR BEFORE FILING** | $1,120.33 | **MEMBERS DRAW** |
| 4.3.  **CHRISTINA BRANDT**<br>**13375 ROCK CROSSING DRIVE**<br>**RENO, NV 89511**<br>**FORMER MANAGING MEMBER** | **WITHIN 1 YEAR BEFORE FILING** | $70,673.19 | **SALARY** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **BANK OF AMERICA**<br>**PO BOX 22031**<br>**Greensboro, NC 27420** | **MONEY TAKEN FROM BANK ACCOUNT**<br>Last 4 digits of account number: __2246__ | 9/13/23<br>11/16/23 | $4,618.35 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **GREAT AMERICA FINANCIAL SERVICES v. PINNACLE GRINDING AND GROOVING LLC**<br>LACV102366 | **BREACH OF CONTRACT** | **IOWA DISTRCT COURT - LINN COUNTY** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.  **R.B Everett & Company v. Pinnacle Grinding and Grooving LLC**<br>202371717 | **Breach of Contract** | **District Court Harris County Texas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3.  **Elite Asphalt LLC v. Pinnacle Grinding and Grooving LLC**<br>CV23-02129 | **Registration of Foreign Judgment** | **Second Judicial District Ct. of NV** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                    Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. | **Elite Asphalt LLC v. Pinnacle Grinding and Grooving LLC**<br>**C2023038** | **Breach of Contract** | **Texas District Court - 355th Jud. Dist.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Ennis-Flint, INC. v. Pinnacle Grinding and Grooving LLC**<br>**CV23-01441** | **Breach of Contract** | **Secoon Judicial Dist. Ct. of Nevada** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **The Ohio Casualty Insurance Company v. Pinnacle Grinding and Grooving LLC**<br>**23-cv-00502** | **Breach of Contract** | **U.S. District Court - Dist. of Nevada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Epoplex v. Pinnacle Grinding and Grooving LLC**<br>**SG-20203-CV-001509** | **Breach of Contract** | **18th Judical Dist. Court - Kansas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **The Standard Fire Insurance Company v. Pinnacle Grinding and Grooving, LLC**<br>**2023-LM-005808-LT** | **INSURANCE INDEMNITY** | **18TH JUD. DIST. CT OF SEDGWICK, KANSAS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

2/01/24  1:05PM

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                              Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **DARBY LAW PRACTICE**<br>**499 W. PLUMB LANE, SUITE 202**<br>**Reno, NV 89509** | **Attorney Fees** | **3/3/23** | **$5,000.00** |
| Email or website address<br>**kevin@darbylawpractice.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **DARBY LAW PRACTICE**<br>**499 W. PLUMB LANE, SUITE 202**<br>**Reno, NV 89509** | **Attorney Fees** | **1/3/24** | **$25,000.00** |
| Email or website address<br>**kevin@darbylawpractice.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                    Case number *(if known)*

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **PINNACLE GRINDING AND GROOVING LLC**                    Case number *(if known)*

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **HORNING LINGENFELTER & CO. 5375 KIETZKE LANE # 200 RENO, NV 89511** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

---

Debtor   PINNACLE GRINDING AND GROOVING LLC _____     Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   HORNING LINGENFELTER & CO.
5375 KIETZKE LANE # 200
RENO, NV 89511 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TRAVIS BRANDT | 275 HILL STREET
SUITE 220
RENO, NV 89501 | MANAGING MEMBER | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| CHRISTINA BRANDT | 13375 ROCK CROSSING DRIVE
RENO, NV 89511 | MANAGING MEMBER - 51% MEMBERSHIP INTEREST | 5/31/2013 - 11/13/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **PINNACLE GRINDING AND GROOVING LLC**          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **CHRISTINA BRANDT**<br>**13375 ROCK CROSSING**<br>**DRIVE**<br>**RENO, NV 89511** | $70,673.19 | **WITHIN 1 YEAR BEFORE FILING** | **SALARY** |
| | Relationship to debtor<br>**FORMER MANAGING MEMBER** | | | |
| 30.2. | **TRAVIS BRANDT**<br>**275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501** | $77,851.18 | **WITHIN 1 YEAR BEFORE FILING** | **SALARY AND MEMBERS DRAW** |
| | Relationship to debtor<br>**MANAGING MEMBER** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  1, 2024**

**/s/ TRAVIS BRANDT**                      **TRAVIS BRANDT**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **MANAGER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re   **PINNACLE GRINDING AND GROOVING LLC**

                                           Case No.

                        Debtor(s)          Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 25,000.00 |

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  1, 2024**

*Date*

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**
*Signature of Attorney*
**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237  Fax: 775.996.7290**
**kevin@darbylawpractice.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

In re  **PINNACLE GRINDING AND GROOVING LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TRAVIS BRANDT**<br>**275 HILL STREET**<br>**SUITE 220**<br>**RENO, NV 89501** | **COMMON** | **100%** | **MEMBERSHIP** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MANAGER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February  1, 2024**

Signature  **/s/ TRAVIS BRANDT**

**TRAVIS BRANDT**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re  **PINNACLE GRINDING AND GROOVING LLC**

Debtor(s)

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February  1, 2024**

**/s/ TRAVIS BRANDT**

**TRAVIS BRANDT/MANAGER**
Signer/Title

PINNACLE GRINDING AND GROOVING LLC
275 HILL STREET
SUITE 220
RENO, NV 89501

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

ABSL Construction
29393 Pacific Street
Hayward, CA 94544-6018

ARC Management , LLC
P.O. Box 40908
Houston, TX 77240

Bank of America
Acct No 0268
PO BOX 15796
Wilmington, DE 19886

Bank of America
Acct No 3483
PO BOX 15796
Wilmington, DE 19886

bayareafastrak.org
P.O. BOX 26879
San Francisco, CA 94126

Bettis Asphalt & Construction
P.O. Box 1694
Topeka, KS 66601

Blueridge Transportation Group
 6538 South Fwy
Houston, TX 77021

BTG-Violations
PO BOX 4440 Dept 9
Houston, TX 77210

Buyers Barricades
7409 Baker Blvd
Fort Worth, TX 76118

Capitol One
Acct No 4497
PO BOX 60519
City of Industry, CA 91716-0519

Centerline Supply
1301 E Hadley St
Phoenix, AZ 85034

CHANNEL PARTNERS
Acct No x1692
10900 WAYZATA BLVD #300
MINNETONKA, MN 55305

CHANNELL PARTNERS
Acct No xxx32-BW
10900 WAYZATA BLVD #300
Minnetonka, MN 55305

CHRISTINA BRANDT
13375 ROCK CROSSING DRIVE
RENO, NV 89511

CLC
P. O. Box 534722
Atlanta, GA 30353-4722

Comcast
PO Box 60533
City of Industry, CA 91716-0533

Cowin Equipment Company, Inc
5710 Riverview Road
Mableton, GA 30126

DLL Financial Solutions
8001 Birchwood Court
PO. Box 2000
Johnston, IA 50131-0020

Drug & Alcohol Testing
2470 Wrondel Way
Reno, NV 89502

Elite Asphalt LLC
5080 Ben Day Murrin Road
Fort Worth, TX 76126

Ennis-Flint Inc.
PO Box 603518
Charlotte, NC 28260-3518

Epoplex
P.O. Box 931947
Cleveland, OH 44193

Ernest G. Fielder, Esq.
2777 Allen Parkway
Suite 1000#3100
Houston, TX 77019

FIRST CITIZENS BANK
Acct No xxx-xxx4303
239 FAYETTEVILE STREET
RALEIGH, NC 27601

First Citizens Bank
Acct No xxx-xxxxxx2-006
239 FAYETTEVILE STREET
Raleigh, NC 27601

Flyers Energy
2360 Lindbergh Street
Auburn, CA 95602

FLYERS ENERGY, LLC
Acct No xx2541
2360 LINDBERGH STREET
AUBURN, CA 95602

GARY FULLER, ESQ.
Acct No xx2541
GUILD, GALLAGHER & FULLER LTD
100 WEST LIBERT
SUITE 800
Reno, NV 89501

Gerken Rent-All-Paola
31600 Old Kc Rd
Paola, KS 66071

GREAT AMERICA FINANCIAL SERVICES
Acct No xxx-xxx7044
PO BOX 660831
DALLAS, TX 75266-0831

Great America Financial Svcs
P.O. Box 660831
Dallas, TX 75266-0831

Harris County Toll Road Authority
 HCTRA - Violations
1883 Harris County Toll Road Authority
PO Box 4440 Dept 8
Houston, TX 77210-4440

HCC Surety Group
PO Box 4312
Woodland Hills, CA 91365-4312

HCTRA-Violations
P.O. Box 4440 Dept 8
Houston, TX 77210-4440

Herc Rentals
27500 Riverview Center Blvd Suite 100
Bonita Springs, FL 34134

HERITAGE BANK OF NEVADA
Acct No xxxxxx8804
PO BOX 11920
RENO, NV 89510

HOG Technologies
3920 SE Commerce Ave
Stuart, FL 34997

HTBC Equipment LLC
 5430 Killough Street
Houston, TX 77086

Husqvarna Construction Products
17400 W 119th Street
Olathe, KS 66061

Illinois Tollway
P.O. Box 5544
Chicago, IL 60680-5544

International Grooving & Grinding Ass.
Pattison, Kowkey, How & Bucci
45 Five Mile Woods Road, Suite 1
Catskill, NY 12414

Jamie Gunderson
 P. O. Box 802746
Las Vegas, NV 89140

John A. Watt, Esq.
2400 Pershing Road, Suite 500
Kansas City, MO 64108

Kansas Turnpike Authority
P. O. Box 802746
Kansas City, MO 64180-2746

Lancaster Safety
100 Bradford Rd. Suite 100
Wexford, PA 15090

Limitless Parts Company Inc.
1402 W. Main Street
Tomball, TX 77375

LROD Enterprises
12830 Limestone Way
San Antonio, TX 78253

Mark A. Kirkowsy, Esq.
1119 W. Southern Ave.
Suite 200
Mesa, AZ 85210

Mark J. Connot, Esq.
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

Mark Rite Lines Equipment Co
5379 Southgate Dr
Billings, MT 59101

Martin Asphalt Company
 P.O. Box 95367
Grapevine, TX 76099

Maupin, Cox & Legoy
PO BOX 30000
Reno, NV 89520

MFA Oil
1 Ray Young Dr
Columbia, MO 65201

North Texas Tollway Authority
 P. O. Box 660244
Dallas, TX 75266-0244

Northwest Drive Train Service
11432 FM 529
Houston, TX 77041

NV SOS Portal
101 North Carson Street, Suite 3
Carson City, NV 89701

Ohio Casualty Insurance Company
c.o Kurt Faux, Esq.
2625 N. Green Valley Pkwy, Suite 100
Henderson, NV 89014

Oklahoma Turnpike Authority
3500 Martin Luther King Blvd.
Oklahoma City, OK 73111-4295

Old Republic Surety Group
PO Box 88120
Milwaukee, WI 53288-8120

OTA-PlatePay
P.O. Box 11255
Oklahoma City, OK 73136-0255

Ozark Materials LLC
591 Glendale Avenue
Greenville, AL 36037

PAWNEE LEASING CORPORATION
Acct No xxx8343
3801 AUTOMATION WAY SUITE 207
FORT COLLINS, CO 80525

Penske Truck Leasing
P. O. Box 802577
Chicago, IL 60680-2577

PETER DUBOWSKY, ESQ.
300 S. FOURTH STREET, SUITE 1020
Las Vegas, NV 89101

Peter Dubowsky, Esq.
300 South Fourth Street, Suite 1020
Las Vegas, NV 89101

Professional Traffic Control LLC
222 W Little York Street
Houston, TX 77076

R & R Fleet Services
9421 FM 2920 #9A
Tomball, TX 77375

R & R Gas and Equipment
2402 Broad Street
Houston, TX 77087

R.B Everett & Company
8211 Red Bluff Road
Pasadena, TX 77507

Randall D. Armentrout
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309

Riggs Cat
PO Box 84475
Dallas, TX 75284-4753

Sanford L. Dow, Esq.
2700 Post Oak Blvd.
Suite 1750
Houston, TX 77056

SERGIO I. SCUTERI, ESQ.
CAPEHART SCATHARD
8000 MIDLANTIC DRIVE, SUITE 300S
P.O. BOX 5016
Mount Laurel, NJ 08054-5016

SFG CAPITAL LLC


Shred It Reno
28883 Network Place
Chicago, IL 60673-1288

Sierra Office Solutions
P.O. Box 843760
Los Angeles, CA 90084-3760

Silver Creek Materials
PO Box 150665
Fort Worth, TX 76108

Sinnett Consulting Servies, Inc.
10580 N. McCarran Blvd. Suite 115-212
Reno, NV 89503

Smith Surface Preparation Systems
2504 NW 19TH Street, Bldg. 0
Pompano Beach, FL 33069

Southern Tire Mart
Dept. 143
PO Box 1000
Memphis, TN 38148-0143

Specialty Rental Services
P. O. Box 72423
Overland Park, KS 66203

Sun Coast Resources, Inc.
6405 Cavalcade Bldg 1
Dallas, TX 75373-5606

Sunstate Equipment Co.
PO Box 208439
Dallas, TX 75320-8439

Swarco Industries LLC
PO Box 89
Columbia, TN 38402

Texas Belting
P.O. Box 670951
Houston, TX 77261

Texas First Rentals LLC
P. O. Box 650869
Dallas, TX 75265-0869

Texas Site Services
626 Topper Parkway
San Antonio, TX 78233

The Epstein Law Firm LLC
4630 W. 137th Street, Suite 103
Overland Park, KS 66224

The Standard Fire Insurance Company
c/o Daniel S. Bell, Esq.
7465 W. 132nd Street, Suite 100
Overland Park, KS 66213

Tires 1st of Miller Road
5454 Miller Road
Columbus, GA 31909

Traffic Signs and Lines
914 Broadway Ave
Pasadena, TX 77506

TRAVIS BRANDT
275 HILL STREET
SUITE 220
RENO, NV 89501

TxTag
P.O. Box 650749
Dallas, TX 75265-0749

U.S. SMALL BUSINSS ADMINISTRATION
Acct No xxxxxxxxx0209
409 3RD STREET SW
WASHINGTON, DC 20416

UKG HOLDINGS LLC
3310 KATY FREEWAY SUITE 100
HOUSTON, TX 77007

United Rentals
P. O. Box 051122
Los Angeles, CA 90074-1122

US BANK EQUIPMENT FINANCE
Acct No xxx1865
PO BOX 790448
SAINT LOUIS, MO 63179-0448

VCS Holdings LLC
PO BOX 70829
Houston, TX 77270

Whitley & Siddons
11612 Bee Caves Road #1-230
Austin, TX 78738-5409

# United States Bankruptcy Court
## District of Nevada

In re  **PINNACLE GRINDING AND GROOVING LLC**

Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **PINNACLE GRINDING AND GROOVING LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  1, 2024**

Date

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**

Signature of Attorney or Litigant

Counsel for  **PINNACLE GRINDING AND GROOVING LLC**

**DARBY LAW PRACTICE**

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**